ant's patent, and also was bound by its verbal contract with defendant by which the latter, at plaintiff's request, brought an action in the First Circuit against the Russell Box Company for infringement of the Patent No. 2,031,036, in which the patent was held to be valid and infringed. Under these circumstances defendant asserts that plaintiff is estopped from proceeding in the instant action, and asks that this matter of estoppel be tried apart from the issues of validity and infringement.

██ Such action would seem desirable if it were not for the pleading that the price-fixing provision of the license and agreement is in violation of the Anti-Trust laws of the United States. With such an allegation in the answer to the counterclaim the plaintiff cannot be precluded from testing the validity of the patents. See Sola Electric Co. v. Jefferson Electric Co. 317 U.S. 173, 63 S.Ct. 172, 87 L.Ed. 165; Katsinger Co. v. Chicago Mfg. Co., 329 U.S. 394, 67 S.Ct. 416, 424; MacGregor v. Westinghouse Electric & Manufacturing Co., 329 U.S. 402, 67 S.Ct. 421, 424.

Both of the motions mentioned supra must be denied.

See, also, 7 F.R.D. 357.

Rose, Eichenauer, Stewart & Lewis and T. W. Pomeroy, Jr., all of Pittsburgh, Pa., for plaintiff.

Christy, Parmelee & Strickland, of Pittsburgh, Pa., for defendants.

GIBSON, District Judge.

Carl G. Drayman has moved the Court to dismiss the complaint as to him. It appears from the amended complaint that the petitioner was the inventor of the patent in suit who had assigned it to the Grant Paper Box Company but had reserved the right to approve all licenses granted by the assignor, with certain other reservations.

Whether Mr. Drayman was a necessary party is questionable, but undoubtedly his interest is such that he is a desirable party.

His motion will be denied.

## SUTHERLAND PAPER CO. v. GRANT PAPER BOX CO. et al.

### Civ. A. No. 6013.

District Court, W. D. Pennsylvania.

June 24, 1947.

## LOKER v. ALLIED BLDG. CREDITS, Inc.

### No. 4561.

District Court, W. D. Missouri, W. D.

May 26, 1947.

